[No. 8346-2-III.   Division Three.   June 16, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK ALLEN PERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-1-01039-5, John A. Schultheis, J., entered January 13, 1987. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[Nos. 8623-2-III; 8620-8-III.   Division Three.   June 16, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. MANUEL VALENCIA MENDOZA, *Respondent.*

THE STATE OF WASHINGTON, *Appellant,* v. LETICIA GOMEZ CUEVAS, *Respondent.*

Appeals from judgments of the Superior Court for Benton County, Nos. 87-1-00081-1, 87-1-00083-8, Albert J. Yencopal, J., entered April 14, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 8168-1-III.   Division Three.   June 16, 1988.]

WESTERN STRUCTURES, INC., ET AL, *Appellants,* v. DENNIS EDWARD JENNINGS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84-2-02267-6, Michael E. Donohue, J., entered September 16, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Thompson, JJ.